# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOAN PFEIFFER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIFE INSURANCE COMPANY OF NORTH )<br>AMERICA and KONICA MINOLTA )<br>BUSINESS SOLUTIONS USA, INC. )<br>HEALTH AND WELFARE PLAN, )<br>)<br>Defendants. ) | Civil Action No. 8:16 CV 435 |

## ORDER

Upon review of the parties Joint Stipulation of Dismissal, I hereby Order this matter dismissed, with prejudice, with all parties to bear its own and costs.

ORDERED on this 18th day of January, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

11027274v1 0991339